JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GOVERNMENT SERVICES, INC., doing business as "International Developers and Engineering Group," a California corporation, <br><br> Defendants. | Case No. 2:17-cv-9153-MWF (JPRx) <br><br> Before the Honorable Michael W. Fitzgerald <br><br> **JUDGMENT AGAINST INTERNATIONAL GOVERNMENT SERVICES, INC.** |

1

# JUDGMENT

This action having been commenced on December 21, 2017, and the Court having granted the Motion to Enforce Settlement and Enter Judgment filed by Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., ("Trustees") and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of the Trustees be entered as follows:

1. Judgment is hereby entered in favor of the Trustees and against Defendant in the amount of $18,106.46, plus an additional $1,643.00 for attorneys' fees.
2. Pre-judgment and post-judgment interest shall accrue at 18 percent per annum from the date of entry of this Judgment until the date Defendant pays in full.

**IT IS SO ORDERED**.

Dated: March 5, 2020

MICHAEL W. FITZGERALD
United States District Judge